UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:23-cv-01227-CEM-LHP

FAITH JANICKI,

    Plaintiff,

vs.

HIDDEN OAKS, LLC d/b/a
MEDICI MEDIA and
TIMOTHY MUCCIANTE, an individual,

    Defendants.
_____/

## DEFENDANT'S UNOPPOSED TIME-SENSITIVE MOTION FOR ENLARGEMENT OF TIME

Defendant, HIDDEN OAKS, LLC d/b/a MEDICI MEDIA, requests the Court to extend the time for Defendant to respond to the Complaint (through, at least, a Motion to Dismiss for Lack of Personal Jurisdiction) and states as follows:

### PRELIMINARY STATEMENT PER LOCAL RULE 3.01(E)

Although Defendant, MUCCIANTE, has not been served, Defendant, HIDDEN OAKS, was served on or about July 3, 2023, making a response to the Complaint due on the date of this motion. Undersigned counsel was retained today, July 24, 2023, and is traveling out of the country as of July 25, 2023. As a result, and in order to preserve Defendant, HIDDEN OAKS's rights, undersigned counsel requires additional time within which to develop facts, obtain declarations and take other steps necessary to

protect the rights of Defendant, HIDDEN OAKS. As a response to the Complaint is due today, Defendant has filed this time sensitive motion.

## ARGUMENT

1. Defendant, HIDDEN OAKS, was served on July 3, 2023 and, thus, a response to the Complaint is due today.

2. Defendant, HIDDEN OAKS, is a foreign corporation that does not conduct business in Florida and undersigned counsel believes there is a substantial argument that the court lacks personal jurisdiction over this defendant. Or, at the very least, Defendant contends that this Court is not the proper venue for this action and/or there is a forum non conveniens argument available to Defendant.

3. Given the nature of the likely motion and the required items to be included to support the motion, along with undersigned counsel's imminent departure out of the country and the fact that other pressing matters need to be addressed before that vacation, undersigned counsel respectfully alerts the Court that it is simply not possible for the undersigned to prepare an adequate response to the Complaint today.

4. Additionally, undersigned counsel has agreed to accept service for Defendant, MUCCIANTE (effective today), and, as a result, a response by MUCCIANTE would then occur on the same date as the response by Defendant, HIDDEN OAKS.

5. In light of the foregoing, and in consideration that the timing of both defendants' responses would be simultaneous, no party will be prejudiced by the extension.

WHEREFORE, Defendant, HIDDEN OAKS, requests the Court to grant HIDDEN OAKS an extension up through and including August 14, 2023 to respond to the Complaint and for any other relief the Court deems just, equitable and proper.

## LOCAL RULE 3.01(g) CERTIFICATION

Undersigned counsel certifies that he conferred with opposing counsel and that the parties agree to resolution of the motion consistent with the relief requested herein.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via CM/ECF this 24th day of July 2023 to:

Ashwin R. Trehan, Esq.
Wenzel Fenton Cabassa, P.A.
1110 N. Florida Avenue
Suite 300
Tampa, FL 33602

          /s/ Brad E. Kelsky
          ―――――――――――――――
BRAD E. KELSKY, ESQ.
FBN: 0059307
Kelsky Law, P.A.
Counsel for Defendants
150 S. Pine Island Road
Suite 300
Plantation, FL 33324
954.449.1400
Fax: 954.449.8986
bradkelsky@kelskylaw.com
barbarallinas@kelskylaw.com